**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

```
- ---------------------------------------------------------------- x
HARON COLE, on behalf of himself and all          :       Case no. 1:25-cv-2091
others similarly situated,                        :
                                                  :
        Plaintiffs,                               :
                                                  :       NOTICE OF VOLUNTARY
        v.                                        :       DISMISSAL WITH
                                                          PREJUDICE
18.21 Man Made, LLC,                              :
                                                  :
        Defendant.                                :
                                                  :
                                                  :
                                                  :
                                                  :
                                                  :
- ---------------------------------------------------------------- x
```

   **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

   Dated: July 18, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law