## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Haron Cole

                    Plaintiff,

v.                                                    Case No.: 1:25–cv–02091
                                                      Honorable LaShonda A. Hunt

18.21 Man Made, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule
of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [23], this action is
being dismissed with prejudice. All pending motions and deadlines are terminated as
moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.